## Kirk v. Sampson.

### Willis v. Same.

(Decided October 3, 1916.)

## Appeals from Knox Circuit Court.

Appeal and Error—Affirmance by Equally Divided Court.—When the judges of the Court of Appeals are equally divided in opinion as to the affirmance or reversal of the judgment of the circuit court, it will be affirmed.

J. B. ADAMSON and ED. C. O'REAR for appellant, Andrew J. Kirk.

ROBT. H. WINN and W. B. WHITE for appellant, S. S. Willis.

SCOTT & HAMILTON, H. C. GILLIS, S. B. DISHMAN, J. M. ROBSION and HAZELRIGG & HAZELRIGG for appellee.

*Per Curiam*: The judgment of the Knox circuit court in this case is affirmed by an equally divided court; the whole court sitting, except Judge Hurt, who is absent on account of illness in his family, and will not return in time to participate in the decision of this case before October 7th, the latest day on which the nomination of a candidate for judge of the Court of Appeals can be certified to the Secretary of State.